UNITED STATES DISTRICT COURT
DISTRICT OF MASSAchusetts

| | |
|---|---|
| Michael Duane; of the Strain family, <br><br> v. <br><br> Tallahatchie County Correctional Facility employees <br> Respondent(s) | Re: Criminal Complaint <br> UNLAWFUL DETENTION OF A FOREIGN SOVEREIGN AMERICAN MAN ON THE LAND |

1. Said employees are a party to kidnapping, false imprisonment, larceny, treason, mail tampering. no immunity for ignorance.

2. Subject named employees: Thomas, Gary, Lakes, Carter, Rodgers, Wash, T. Pratt, Hazard, T. Rembert, L. Wright

3. Martin v. Waddell's Leasee 16 Pet, 367, 410, 41 U.S. 367, 410, 10 L. Ed 997, 1013
State v. Longyear Holding Co. NW 657, 660 [enumeration 20]
Trezavant v. City of Tampa 741F 2nd 336

August 16, 2021

(10/11)

"I declare under Penalty of Perjury under the laws of the United States of America [from without the UNITED STATES] that the foregoing is true and correct."

Live man Reserving all Sovereign rights

*Michael Duane; of the Strain family*

American, Michael Duane; of the Strain family